## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISNEY ENTERPRISES, INC.<br><br>Petitioner,<br><br>v.<br><br>ICEBOX-SCOOPS, INC.<br><br>Respondent. | Case No. _____ |

### **NOTICE OF DISNEY ENTERPRISES, INC.'S MOTION TO QUASH**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure and upon the accompanying memorandum of law and declaration of Jenny H. Kim, Petitioner Disney Enterprises, Inc. ("Disney") will move the Court for entry of the Proposed Order attached, quashing the document subpoena dated January 21, 2025 and the deposition subpoena dated February 25, 2025 served on Disney by Respondent Icebox-Scoops, Inc.

| | |
|---|---|
| DATED: July 14, 2025 | Respectfully submitted,<br><br>**BOIES SCHILLER FLEXNER LLP**<br><br><u>*Jenny H. Kim*</u><br>Jenny H. Kim<br>Jeffrey P. Waldron (*pro hac vice* forthcoming)<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>jkim@bsfllp.com<br>jwaldron@bsfllp.com<br><br>*Attorneys for Disney Enterprises, Inc.* |