## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISNEY ENTERPRISES, INC.<br><br>Petitioner,<br><br>v.<br><br>ICEBOX-SCOOPS, INC.<br><br>Respondent. | Case No. 1:25-mc-00300-LAK |

### **STIPULATION EXTENDING PETITIONER'S TIME TO REPLY**

WHEREAS Petitioner Disney Enterprises, Inc. ("Disney") commenced this action on July 14, 2025, filing and serving its Motion to Quash (ECF 1) on Respondent Icebox-Scoops, Inc. ("Icebox") on that same date.

**IT IS HEREBY STIPULATED AND AGREED** by the parties that Icebox's deadline to submit its opposition to Disney's Motion was extended from July 21, 2025 to July 28, 2025; that Disney's deadline to file its reply is extended from July 30, 2025 to August 8, 2025.

1

Dated: July 29, 2025

| **BOIES SCHILLER FLEXNER LLP** | **GOLDBERG COHEN LLP** |
|---|---|
| */s/Jenny H. Kim* | */s/ Morris E. Cohen (with consent)* |
| Jenny H. Kim<br>Jeffrey P. Waldron (*pro hac vice* forthcoming)<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>jkim@bsfllp.com<br>jwaldron@bsfllp.com | Morris E. Cohen (MC-4620)<br>1350 Avenue of the Americas, 3rd Floor<br>New York, New York 10019<br>(646) 380-2084 (phone)<br>(646) 514-2123 (fax)<br>MCohen@goldbergcohen.com |
| *Attorneys for Disney Enterprises, Inc.* | *Attorneys for Respondent Icebox-Scoops, Inc,* |

SO ORDERED.

Date:

_____
HON. LEWIS A. KAPLAN
United States District Judge