

**GOLDBERG COHEN LLP**

1350 AVENUE OF THE AMERICAS, 3RD FLOOR, NEW YORK, NY 10019
PHONE: 646.380.2087  FAX: 646.514.2123

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/19/25
```

**MEMO ENDORSED**

September 17, 2025

Hon. Lewis A. Kaplan
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

     Re:    *Disney Enterprises, Inc. v. Icebox-Scoops, Inc.*, 1:25-mc-00300 (LAK)

Dear Judge Kaplan:

     We represent Plaintiff ("Icebox") in this action. We respectfully request and/or submit that Icebox's time to request reconsideration of the Court's recent Memorandum and Order ("Order," Dkt. 14) be stayed or tolled in view of a recent bankruptcy filing.

     As the Court is aware, this action relates to a subpoena issued in connection with the underlying matter of *Icebox-Scoops, Inc. v. Finanz St. Honore B.V. and Dana Classic Fragrances, Inc.*, 1:07-cv-544 (NG) (VMS) (E.D.N.Y) (the "EDNY Case"). The Court, however, may not be aware that Dana Classic Fragrances ("Dana"), one of the defendants in the EDNY Case, has recently filed for bankruptcy in Delaware. *See In re: IMG Holdings, Inc., et al.*, Debtors,[1] Case No. 25-11500 (KBO) (U.S. Bankruptcy Court, District of Delaware). That filing triggered the automatic stay provisions of the Bankruptcy Code. Further thereto, the Debtors also filed for a Temporary Restraining Order against Icebox pursuing further action in the EDNY pending the bankruptcy case. *See IMG Holdings, Inc., et al., v. Icebox-Scoops, Inc.*, Adv. Pro. No. 25-52343 (KBO) (U.S. Bankruptcy Court, District of Delaware). The Delaware Court granted the TRO with respect to proceedings as to Dana, and temporarily entered a fourteen (14) day TRO with respect to proceedings as to Finanz pending a further hearing.

     Two weeks ago, this Court entered an Order on Disney's motion to quash Icebox's subpoenas. Dkt. 14. Icebox respectfully wishes to request reconsideration of that Order, but believes that proceedings are necessarily suspended here in view of the stay. Accordingly, Icebox respectfully requests and submits that its time for reconsideration should be tolled until after the stay is lifted.

     Icebox believes it has good grounds to request reconsideration in view of various matters which, respectfully, the Court may have inadvertently overlooked in its Order.

     For example, the Court stated that "While Icebox contends that the 2005 price was the result of a below-market distress sale because Finanz was deeply in debt, it offers no support of this narrative." Dkt. 14 at 4. Icebox, however, did offer support. Icebox submitted testimony on this issue in a declaration from counsel, based on Defendants' own representations in the EDNY Case. Dkt. 9 at 4 ¶26. Icebox's position was also supported by public record documents

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) IMG Holdings, Inc. (1398); (2) Dana Classic Fragrances Inc. (1439); (3) Inter-Marketing Group, Inc. (6628); (4) Dana Fragrance Brands, LLC (0198); (5) St. Honore Holding, Inc. (9698); and (6) IMG Fragrance Brands, LLC (0026). The address of the Debtors' corporate headquarters is 1159 2nd Avenue, #424, New York, New York 10065.

<u>Memorandum Endorsement</u>     <u>Disney Enter., Inc. v. Ice-box Scoops, Inc., 25-mc-0300 (LAK)</u>

      Respondent's motion (Dkt 15) is granted to the extent that the time within which to seek reconsideration is extended to and including the seventh day following the day on which the bankruptcy stay is terminated.

      SO ORDERED.

Dated:     September 19, 2025

                                    /s/   Lewis A. Kaplan
                                    _____
                                          Lewis A. Kaplan
                                     United States District Judge